# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 426 WAL 2015
                       :
           Respondent    :
                       :    Petition for Allowance of Appeal from
                       :    the Order of the Superior Court
           v.                 :
                       :
                       :
DAARON ANTHONY SHEARS,        :
                       :
           Petitioner      :

## ORDER

**PER CURIAM**

      **AND NOW**, this 19th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.